ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email:  ariel.stern@akerman.com
          vatana.lay@akerman.com

*Attorneys for Plaintiff Federal National
Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION;<br><br>                                    Plaintiff,<br><br>vs.<br><br>COLONY NORTH HOMEOWNERS ASSOCIATION; NEW PROPERTY HOLDINGS, LLC; NEVADA ASSOCIATION SERVICES, INC.;<br><br>                                    Defendants. | Case No.: 2:16-cv-01686-APG-NJK<br><br>**STIPULATION AND ORDER OF FINAL JUDGMENT CONFIRMING EXISTENCE AND VALIDITY OF DEED OF TRUST** |

Plaintiff Federal National Mortgage Association ("Fannie Mae") and Defendant New Property Holdings, LLC ("NPH"), being the only parties to have appeared in this action, through their counsel of record, stipulate as follows:

1.      This matter relates to real property located 3361 Civic Center Drive, Unit G, North Las Vegas, Nevada 89030, APN 139-11-811-001 (the "Property").  The Property is more specifically described as:

> LOT FORTY-SIX (46) IN BLOCK TWO (2) OF AMENDED PLAT OF SOLAR ESTATES NO. 3, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 26 OF PLATS, PAGE 45, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.
>
> APN:  139-11-811-001

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

AKERMAN LLP

1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

2.      Fannie Mae is the beneficiary of record of a Deed of Trust that encumbers the Property and was recorded on August 6, 2004, as Document Number 20040806-0003746 in the Official Records of Clark County, Nevada (the "Deed of Trust").

3.      On September 24, 2014, Colony North Homeowners Association ("Colony North") recorded a Foreclosure Deed as Instrument Number 20140924-0003040 of the Official Records of Clark County, Nevada (the "HOA Foreclosure Deed"), reflecting that Colony North purchased the Property at a foreclosure sale of the Property held July 19, 2013 (the "HOA Sale").

4.      Colony North transferred its interest in the Property to NPH by Quit Claim Deed recorded in the Clark County recorder's office on December 16, 2014 as Instrument No. 20141216-0002038, and by Corrective Quit Claim Deed recorded in the Clark County recorder's office on February 19, 2015 as Instrument No. 20150219-0002151;

5.      On July 18, 2016, Fannie Mae initiated an action for quiet title and damages against Colony North and NPH in the United States District Court, District of Nevada, Case No. 2:16-cv-01686 (the "Quiet Title Action").

6.      The Parties have entered a settlement agreement in which Fannie Mae has resolved all claims against Colony North and NPH.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

APN 139-11-811-001
42867512;2

2

7.      The parties have agreed as part of their settlement agreement, and the Court incorporates that agreement and its provision, that the Deed of Trust survived and was not extinguished in any capacity by the HOA Sale, the recording of the HOA Foreclosure Deed, or the recording of the Quit Claim Deeds to NPH.  The Deed of Trust remains a valid encumbrance against the Property following the recording of the HOA Foreclosure Deed, and NPH's interest in the Property is subject to the Deed of Trust. This stipulation is made for purposes of this action only and is not a waiver by any Party of its legal position in any other case or an admission of liability in this or any other action.

Dated:  April 12th, 2018.

**AKERMAN LLP**


/s/ Vatana Lay
Ariel E. Stern
Nevada Bar No. 8276
Vatana Lay
Nevada Bar No. 12993
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  vatana.lay@akerman.com
*Attorneys for Plaintiff Federal National Mortgage Association*

Dated:  April 12th 2018.

**JENNINGS & FULTON, LTD**


/s/ Adam Fulton
Adam Fulton
Nevada Bar No. 11572
2580 Sorrel Street
Las Vegas, Nevada 89146
Telephone: (702) 979-3565
Facsimile:  (702) 362-2060
Email:  afulton@jfnvlaw.com
*Attorneys for Defendant New Property Holdings, LLC*


**ORDER**

Based on the above stipulation between Plaintiff Federal National Mortgage Association ("Fannie Mae") and Defendant New Property Holdings, LLC ("NPH"), the Parties' agreement, and good cause appearing therefore,

IT IS ORDERED that the Deed of Trust recorded in the Official Records of Clark County, Nevada against the real property located at 3361 Civic Center Drive, Unit G, North Las Vegas, Nevada 89030, APN 139-11-811-001 (the "Property") on August 6, 2004, as Document Number

20040806-0003746 was not extinguished, impaired, or otherwise affected by the foreclosure sale conducted by Colony North Homeowners Association ("Colony North") on July 19, 2013 or the recording of the Foreclosure Deed in the Official Records of Clark County, Nevada, on September 24, 2014, as Document Number 20140924-0003040, reflecting that Colony North purchased the Property at the foreclosure sale, or the recording of the Quit Claim Deed in the Official Records of Clark County, Nevada on December 16, 2014 as Instrument No. 20141216-0002038 and the Corrective Quit Claim Deed on February 19, 2015 as Instrument No. 20150219-0002151, reflecting that Colony North transferred its interest in the Property to NPH. NPH's interest in the Property is subject to the Deed of Trust.

IT IS FURTHER ORDERED that Fannie Mae shall be entitled to record this STIPULATION AND ORDER OF FINAL JUDGMENT CONFIRMING EXISTENCE AND VALIDITY OF DEED OF TRUST in the Official Records of Clark County, Nevada in accordance with the rules of the Recorder's Office.

IT IS FURTHER ORDERED that this order constitutes the final judgment of this Court, resolving all claims in this case with prejudice, each party to bear its own fees and costs.

Dated: April 13, 2018.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**AKERMAN LLP**

*/s/ Vatana Lay*
_____
Ariel E. Stern (Nevada Bar No. 8276)
Vatana Lay (Nevada Bar No. 2993)
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiff Federal National*
*Mortgage Association*

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

APN 139-11-811-001
42867512;2

4